IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STACY BAILEY,

                 Plaintiffs,

v.                                          1:12-cv-3515-WSD

CITY OF CANTON, et al.,

                 Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement in FLSA Action [33]. Having read and considered the Motion, the Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Approve Settlement in FLSA Action [33] is **GRANTED** and the Settlement Agreement is hereby **APPROVED**.

**SO ORDERED** this 14th day of May, 2013.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE